IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:  JOHN M. BRASSEAUX and BRANDY D. BRASSEAUX        CASE NO: 2:18-bk-73140 B
         DEBTORS        CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on August 01, 2019, Docket Entry 51, requiring the debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of August 01, 2019.

IT IS SO ORDERED.

Date:  September 16, 2019        /s/ Ben T. Barry
       Ben T. Barry
       United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

     Caddell Reynolds, P.A.
     P O Box 184
     Fort Smith, AR  72902

     John M. Brasseaux and Brandy D. Brasseaux
     210 South 29Th Street
     Ozark, AR  72949